# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JARMER DEWAYNE ROBERSON**  **PLAINTIFF**
**ADC #176230**

V.  NO. 4:21-cv-00095-KGB-ERE

**ANTHONY ATKINS,** *et al*.  **DEFENDANTS**

## RECOMMENDED DISPOSITION

I.  **Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. Roberson's claims has been sent to Judge Kristine G. Baker. The parties may file objections with the Clerk of Court if they disagree with the findings or conclusion set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If the parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

II.  **Discussion:**

Plaintiff Jarmer Dewayne Roberson, an Arkansas Division of Correction inmate, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2.* On October 21,

2021, Defendants moved for a Court order compelling Mr. Roberson to respond to their discovery requests. *Doc. 52*. The next day, the Court granted the motion and ordered Mr. Roberson to respond to the Defendants' discovery requests within 30 days. *Doc. 53*. The Court cautioned Mr. Roberson that his failure to respond, as ordered, would likely result in the dismissal of his claims, without prejudice. Local Rule 5.5(c).

To date, Mr. Roberson has not responded to the Defendants' discovery requests *(Doc. 54)*, and the time for doing so has passed.

### III.  Conclusion:

The Court recommends that:

1. Mr. Roberson's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's October 22, 2021 Order and his failure to prosecute this lawsuit.

2. The Clerk be directed to close this case.

DATED this 22nd day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE