# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JARMER DEWAYNE ROBERSON**                                                   **PLAINTIFF**

v.                         Case No. 4:21-cv-00095-KGB-ERE

**ANTHONY ATKINS,** *et al.*                                                  **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 56). No objections have been filed to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Accordingly, plaintiff Jarmer Dewayne Roberson's complaint is dismissed without prejudice for failure to prosecute (Dkt. Nos. 2, 4). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith.

It is so ordered this 6th day of February, 2023.

Kristine G. Baker
United States District Judge